

Ira S. Sacks

Akerman LLP
666 Fifth Avenue
20th Floor
New York, NY 10103
Tel: 212.880.3800
Fax: 212.880.8965

Dir: 212.880.3827
ira.sacks@akerman.com

October 16, 2015

**BY ECF**
Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *Capitol Records Inc., et al. v. MP3tunes, LLC and Michael Robertson*,
Nos. 14-4369, 14-4509

Dear Ms. O'Hagan Wolfe,

I write on behalf of Appellant/Cross-Appellee Michael Robertson (n/k/a Michael Hammer)("Robertson"), pursuant to a request from the Court concerning MP3tunes, LLC and its representation in the above-referenced cases.

In the lower court proceeding, both Robertson and MP3tunes initially were represented by the law firm Duane Morris LLP. Dkt. 12-14.[1] On April 27, 2012, MP3tunes filed a bankruptcy petition in the United States Bankruptcy Court for the Southern District of California. *See In re MP3tunes, LLC*, No. 12-06037-MM7 (Bankr. S.D. Cal. Apr. 27, 2012). In July 2012, Duane Morris moved to withdraw as counsel for both Robertson and MP3tunes. Dkt. 312-315. On July 20, 2012, the court granted Duane Morris' motion, permitting its withdrawal from the case and directing Robertson, but not MP3tunes, to obtain new counsel. Dkt. 317. Akerman LLP (formerly, Akerman Senterfitt LLP), appeared as counsel for Robertson on August 28, 2012. Dkt. 320. This firm has never represented MP3tunes in this action; MP3tunes did not obtain new counsel and did not participate on this action after April 27, 2012.

A jury trial was held from February 26, 2014 to March 26, 2014. *See* Dkt. 636, 692. MP3tunes did not appear at the trial. Judgment was entered against both MP3tunes and Robertson. *Id*. Robertson has appealed from the final judgment, including all prior interlocutory orders or rulings that adversely affected Robertson's interests. Dkt. 658, 693. MP3tunes did not

---

[1] All citations to "Dkt." refer to the docket numbers in Case No. 1:07-cv-09931-WHP-FM before the U.S. District Court for the Southern District of New York.

akerman.com

{36396693;2}

Catherine O'Hagan Wolfe, Clerk of Court
October 16, 2015
Page 2

file an appeal. Accordingly, it is believed that MP3tunes will not appear, and will be unrepresented, in this appeal.

MP3tunes was named as a cross-appellee, along with Robertson, in connection with Plaintiffs' cross appeal. Although MP3tunes did not participate at trial and is not participating in the appeal, because Plaintiffs' claims against Robertson in some instances are derivative of MP3tunes' direct liability, this appeal will necessarily require the review of some of the lower court's decisions with respect to MP3tunes' liability.

We hope that this letter clarifies the Court's questions as to MP3tunes and its lack of representation in this appeal.

                                                                                    Respectfully,

                                                                                    *s/ Ira S Sacks*

                                                                                   Ira S. Sacks

cc:       All counsel (via ECF)