UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

ORAL ARGUMENT STATEMENT (Local Rule 34.1(a))

TO REQUEST ORAL ARGUMENT, FILL OUT THIS FORM AND FILE IT WITH THE CLERK WITHIN 14 DAYS AFTER THE FILING OF THE LAST APPELLEE BRIEF.
IF THIS FORM IS NOT TIMELY FILED, YOU WILL NOT BE PERMITTED TO ARGUE IN PERSON.

Short Title of Case: Capital Records et al v. MP3tunes LLC et al    Docket No.: 14-4369(L); 14-4509

Name of Party: See Attachment A

Status of Party (e.g., appellant, cross-appellee, etc.): Plaintiffs/Appellees/Cross-Appellants

Check one of the three options below:

[✓] I want oral argument.

[ ] I want oral argument only if at least one other party does.

[ ] I do not want oral argument.

> An attorney whose preference depends on whether other attorneys will argue should consider conferring before requesting argument. After the appeal has been scheduled for oral argument, a motion by counsel to forgo oral argument, even on consent, may be denied.

If no party wants oral argument, the case will be decided on the basis of the written briefs. If you want oral argument, you must appear in Court on the date set by the Court for oral argument.

**The Court may determine to decide a case without oral argument even if the parties request it.**

If you want oral argument, state the name of the person who will argue:

Name: Frank P. Scibilia

(An attorney must be admitted to practice before the Court in accordance with Local Rule 46.1.)

If you want oral argument, list any dates (including religious holidays), that fall in the interval from 6 to 20 weeks after the due date of this form, that the person who will argue is not available to appear in Court:

January 11,13; February 4-5; February 11-19; March 14-April 1; April 20; May 24

**ANYONE WHO WANTS TO ARGUE MUST UPDATE THE COURT IN WRITING OF ANY CHANGE IN AVAILABILITY. THE COURT MAY CONSIDER A FAILURE TO UPDATE ABOUT AVAILABILITY WHEN DECIDING A MOTION TO POSTPONE A SET ARGUMENT DATE.**

Filed by:

Print Name: Frank P. Scibilia    Date: 1/4/2015

Signature: [signature]

(Revised December 2011)

## ATTACHMENT A TO ORAL ARGUMENT STATEMENT

Short Title: <u>Capitol Records, Inc. v. MP3Tunes, LLC</u>   Docket No.: <u>14-4369(L); 14-4509</u>

**This Oral Argument Statement is entered on behalf of the following Plaintiffs/Appellees/Cross-Appellants:**

Beechwood Music Corporation
Colgems-EMI Music, Inc.
EMI Al Gallico Music Corporation
EMI Algee Music Corporation
EMI April Music, Inc.
EMI Blackwood Music, Inc.
EMI Feist Catalog, Inc.
EMI Full Keel Music, Inc.
EMI Gold Horizon Music Corp.
EMI Golden Torch Music Corporation
EMI Grove Park Music, Incorporated
Emi Hastings Catalog, Incorporated
EMI Longtitude Music
Emi Miller Catalog, Incorporated
EMI Mills Music, Incorporated
EMI Robbins Catalog, Incorporated
EMI U Catalog, Inc.
EMI Unart Catalog Inc.
EMI Virgin Music, Inc.
EMI Virgin Songs, Inc.
Jobete Music Co., Inc.
Screen Gems-EMI Music, Inc.
Stone Agate Music
Stone Diamond Music Corporation