**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**
Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s)**: 14-4369, 14-4509

**Caption [use short title]**

**Motion for**: Leave to file Amici Curiae

EMI Christian Music Group, Inc. et al. v. MP3Tunes, LLC et al.

Set forth below precise, complete statement of relief sought:

MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE

**MOVING PARTY**: See Attachment 1
**OPPOSING PARTY**: EMI Christian Music Group, Inc. et al.

☐ Plaintiff ☐ Defendant
☐ Appellant/Petitioner ☐ Appellee/Respondent

**MOVING ATTORNEY**: Mark A. Lemley
**OPPOSING ATTORNEY**: Ross McClintic Bagley

[name of attorney, with firm, address, phone number and e-mail]

Durie Tangri LLP | Pryor Cashman LLP
217 Leidesdorff Street | 7 Times Square
San Francisco, CA 94111 | New York, NY 10036

**Court-Judge/Agency appealed from**: U.S.D.C. for the Southern District of New York, Case No.: 1:07-cv-0931-WHP-FM, Honorable William H. Pauley, III

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes ☐ No (explain):

Opposing counsel's position on motion:
☑ Unopposed ☐ Opposed ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☑ No ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this Court? ☐ Yes ☐ No
Requested return date and explanation of emergency:

Is oral argument on motion requested? ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? ☐ Yes ☑ No If yes, enter date:

**Signature of Moving Attorney**: [signed]
**Date**: 11/15/16
**Service by**: ☑ CM/ECF ☐ Other [Attach proof of service]

Form T-1080 (rev. 12-13)

## Attachment 1 – Moving Parties

Automattic Inc., Dropbox, Inc., Ebay Inc., Facebook, Inc., Google, Inc., A Medium Corporation, Pinterest, Inc., Twitter, Inc., Vimeo LLC, Yahoo! Inc. and The Internet Association

**14-4369, 14-4509**

# United States Court of Appeals
## for the
# Second Circuit

EMI CHRISTIAN MUSIC GROUP, INCORPORATED, PRIORITY RECORDS LLC, BEECHWOOD MUSIC CORPORATION, COLGEMS-EMI MUSIC INCORPORATED, EMI APRIL MUSIC, INC., EMI BLACKWOOD MUSIC, INC., EMI FULL KEEL MUSIC, INC., EMI GOLDEN TORCH MUSIC CORPORATION, EMI LONGITUDE MUSIC, EMI VIRGIN MUSIC, INC., EMI VIRGIN SONGS, INC., CAPITOL RECORDS, LLC,

*Plaintiffs-Counter-Defendants-Appellees-Cross-Appellants,*

(*For Continuation of Caption See Inside Cover*)

On Appeal from the United States District Court for the
Southern District of New York in No. 1:07-cv-09931-WHP-FM,
William H. Pauley, III

**MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* AUTOMATTIC INC., DROPBOX, INC., EBAY INC., FACEBOOK, INC., GOOGLE, INC., A MEDIUM CORPORATION, PINTEREST, INC., TWITTER, INC. VIMEO LLC, YAHOO! INC. AND THE INTERNET ASSOCIATION IN SUPPORT OF REHEARING EN BANC**

BRIAN M. WILLEN
WILSON SONSINI GOODRICH &
ROSATI, P.C.
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Phone: (212) 999-5800

ANTHONY J WEIBELL
WILSON SONSINI GOODRICH &
ROSATI, P.C.
650 Page Mill Road
Palo Alto, CA 94304
Phone: (650) 493-9300

MARK LEMLEY, #155830
*Counsel of Record*
JOSEPH C. GRATZ, #240676
Durie Tangri LLP
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

*Attorneys for Amici Curiae*

(*Continuation of Caption*)

EMI AL GALLICO MUSIC CORPORATION, EMI ALGEE MUSIC CORPORATION, EMI FEIST CATALOG, INC., EMI GOLD HORIZON MUSIC CORP., EMI GROVE PARK MUSIC, INCORPORATED, EMI HASTINGS CATALOG, INCORPORATED, EMI MILLS MUSIC, INCORPORATED, EMI MILLER CATALOG, INCORPORATED, EMI ROBBINS CATALOG, INCORPORATED, EMI U CATALOG, INC., EMI UNART CATALOG INC., JOBETE MUSIC COMPANY, INCORPORATED, SCREEN GEMS-EMI MUSIC, INCORPORATED, STONE AGATE MUSIC, STONE DIAMOND MUSIC CORPORATION,

*Plaintiffs-Appellees-Cross-Appellants,*

– v. –

MP3TUNES, LLC,

*Defendant-Counter-Claimant-Cross-Appellee,*

MICHAEL ROBERTSON,

*Defendant-Appellant-Cross-Appellee.*

## MOTION FOR LEAVE TO FILE BRIEF *AMICI CURIAE*

Amici offer this amicus brief in support of panel rehearing or, alternatively, rehearing en banc.

Accepting this brief will benefit the Court. Amici include the largest providers of Internet services in the country. Virtually every person in the country with Internet access uses some or all of our services. Amici host enormous amounts of user-submitted content on their services and operate information location tools that point users to other places on the Internet where copyrighted material may be found. Amici thus rely on the "safe harbors" provided by Section 512 of the DMCA as an integral part of their day-to-day operations. Amici also create large amounts of copyrighted content and make use of the notice-and-takedown procedures of the DMCA as copyright owners as well as online service providers (OSPs).

Amici have no interest in the outcome of this case, but have a powerful interest in ensuring that copyrights can be enforced effectively without interfering with the operation of the Internet. The DMCA safe harbors are vital to that balance. Amici file this brief because the panel's ruling threatens to undermine settled understandings about how the DMCA operates and what service providers must do to retain its protections. Amici offer specific suggestions as to how the panel's opinion can be modified to avoid doing unintended damage to copyright law and the Internet.

All parties have consented to the filing of this brief.

1

Dated: November 15, 2016                Respectfully submitted

By: */s/ Mark A. Lemley*
    MARK A. LEMLEY, #155830
    *Counsel of Record*
    JOSEPH C. GRATZ, #240676
    DURIE TANGRI LLP
    217 Leidesdorff Street
    San Francisco, CA 94111
    Telephone: 415-362-6666
    Facsimile: 415-236-6300

    BRIAN M. WILLEN
    WILSON SONSINI GOODRICH & ROSATI, P.C.
    1301 Avenue of the Americas, 40th Floor
    New York, NY 10019
    Phone: (212) 999-5800

    ANTHONY J WEIBELL
    WILSON SONSINI GOODRICH & ROSATI, P.C.
    650 Page Mill Road
    Palo Alto, CA 94304
    Phone: (650) 493-9300

    *Attorneys for Amici Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2016, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Second Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF System.

DATED: November 15, 2016    */s/ Mark A. Lemley*
                                                             Mark A. Lemley